1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN JOSE RAMIREZ,                       1:09-cv-001082-DLB (HC)

12             Petitioner,
                                              ORDER GRANTING PETITIONER'S
13        vs.                                 MOTION TO PROCEED IN FORMA
                                              PAUPERIS
14   J. F. SALAZAR,
                                              [Doc. 2]
15             Respondent.
                                    /
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis.  Accordingly, the motion to

20   proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

21

22        IT IS SO ORDERED.

23        Dated:    June 30, 2009            _____ /s/ Dennis L. Beck_____
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28